# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1335

_____

John Louis Atkins

*Plaintiff - Appellant*

v.

Adam James Atkins

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of North Dakota - Eastern

_____

Submitted: March 28, 2023
Filed: March 31, 2023
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

John Atkins appeals the loss of a tort case against his son. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the

magistrate judge,[1] sitting by consent of the parties, did not commit reversible error when it dismissed two claims before trial and refused to grant a new trial or amend its judgment on others. *See Shell Oil Co. v. Ross*, 356 S.W.3d 924, 927, 929–30 (Tex. 2011) (explaining when the fraudulent-concealment doctrine and discovery rule extend a statute of limitations under Texas law); *Tex. Bank & Tr. Co. v. Moore*, 595 S.W.2d 502, 508 (Tex. 1980) (stating that being a family member "do[es] not, standing alone, establish a fiduciary relationship"). We also conclude that the challenge to the court's denial of post-judgment relief is not properly before us because Atkins failed to appeal it. *See United States v. Mannis*, 186 F.3d 863, 864 (8th Cir. 1999) (per curiam); Fed. R. App. P. 3(c)(1)(B). We accordingly affirm the judgment.[2] *See* 8th Cir. R. 47B.

————————————————

[1]The Honorable Alice R. Senechal, United States Magistrate Judge for the District of North Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]We grant the motion seeking to strike an outside-the-record letter, but otherwise deny the remaining motions.